396 P.3d 1151

STATE of Hawai'i, Plaintiff-Appellant,

v.

Eric N. YOKOTA, Defendant-Appellee

NO. CAAP-16-0000006

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 23, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 15-1-0999)

SUMMARY DISPOSITION ORDER

Vacated. Remanded.